438 A.2d 655

Melovitz v. Melovitz, Appellant.

Argued June 9, 1980.   Joseph F. Iracki, for appellant;  Joseph C. Giebus, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order of the lower court affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

438 A.2d 655

Miller, etc. v. Frey, Appellant.

Submitted April 29, 1981.   Joseph D. Talarico, for appellant;  Zeno Fritz, for appellee.

Before CERCONE, P. J., and BROSKY and HOFFMAN, JJ.

The order of the lower court is affirmed.